UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.Y., etc.,<br><br>          Plaintiff,<br><br>     v.<br><br>VISALIA UNIFIED SCHOOL DISTRICT,<br>et al.,<br><br>          Defendant. | 1:06-CV-1407 OWW DLB<br><br><br><br>**ORDER DISMISSING ACTION** |

    Pursuant to the stipulation of the parties, the above matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

**Dated:   May 17, 2008**              _____/s/ Oliver W. Wanger_____
                                       UNITED STATES DISTRICT JUDGE

1