IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO A. MELCHIONNE,**<br><br>                                    Petitioner,<br><br>          v.<br><br>**JAMES TILTON, et al.,**<br><br>                                    Respondents. | 1:08-CV-00688 AWI SMS HC<br><br>**ORDER** GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION<br><br>(DOC #8) |

GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on September 30, 2008.

IT IS SO ORDERED.

**Dated:   September 2, 2008**                   /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

Order

1